UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 MAY 16 AM 11:00

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Macario GUZMAN-Mata,** Defendant | Magistrate Docket No. '08 MJ 1527 COMPLAINT FOR VIOLATION OF: Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **May 15, 2008** within the Southern District of California, defendant, **Macario GUZMAN-Mata,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **16th** **DAY** OF **MAY 2008.**

Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Macario GUZMAN-Mata**

## PROBABLE CAUSE STATEMENT

Agents assigned to the San Diego Sector, Smuggling Interdiction Group, Criminal Alien Squad (SIG/CAS) utilize various sources to locate and arrest previously deported criminal aliens who have returned to the United States in violation of the Immigration and Nationality Act. Through record checks, SIG Agents discovered that the defendant **Macario GUZMAN-Mata**, a previously deported criminal alien presented himself to the Department of Motor Vehicles in Oceanside, California on May 8, 2007 and provided a photograph, fingerprint and an address located in San Diego, California.

On April 20, 2008, Officers of the San Diego Police Department responded to 28th Street in San Diego, after a report of a domestic argument. During this encounter the defendant provided an address in the 3000 block of National Avenue in San Diego.

On May 15, 2008, Agents were conducting surveillance on the National Avenue location in San Diego. Agents B. Soto, E. Blas and A. Pacheco observed a man matching the description and likeness of the defendant, exiting the residence and entering a parked car. The Agents approached the individual and identified themselves as United States Border Patrol Agents. Agents questioned the subject as to his identity and his immigration status. The defendant stated that he was in fact **Macario GUZMAN-Mata**. Agents asked the defendant about his citizenship and nationality. The defendant stated that he was born in Mexico. Agents questioned the defendant if he had any immigration documents that would allow him to remain in the United States legally. The defendant stated that he did not. At approximately 6:50 A.M., the defendant was arrested and transported to the Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **July 19, 2006** through **San Ysidro, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen and national of Mexico illegally present in the United States. The defendant stated that he was deported by an Immigration Judge in San Diego, California, and that he has not applied for permission to legally enter the United States. The defendant further stated that on August 1, 2006 he illegally crossed the International Boundary between the United States and Mexico by walking across the border, through the hills, near Otay Mesa, California and stated that he knew it was a crime to enter the United States in such a manner.